# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          NO. 4:12CR00257 KGB

JOHNNY RAY CALVIN, JR.                                      DEFENDANT


## ORDER

The Government has filed the pending motion for revocation. <u>See</u> Document 24. In the motion, the Government asks the Court to issue a summons for defendant Johnny Ray Calvin, Jr., ("Calvin") and schedule a hearing for him to appear and show cause why his conditions of release should not be revoked. The Court has reviewed the motion and finds that it should be, and is, granted.

The Clerk of the Court shall issue a summons. The summons shall contain the date, time, and place of the hearing on the Government's motion to revoke Calvin's conditions of release.

The hearing on the motion to revoke Calvin's conditions of release will be held beginning at 9:30 a.m. on Monday, April 22, 2013, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas.

The portion of the motion seeking the actual revocation of Calvin's conditions of release remains pending before the Court.

IT IS SO ORDERED this ___8___ day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE